IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

GERALD LEE LYNCH, JR.,

    Plaintiff,   JUDGMENT IN A CIVIL CASE

v.   14-cv-463-jdp

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

    Defendant.

    This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant affirming the decision of Carolyn W. Colvin, Acting Commissioner of Social Security, and dismissing this appeal.

| /s/ | 7/21/2016 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |